1

2

3

4

5
**_*E-FILED - 7/3/08*_**

6

7

8

9
IN THE UNITED STATES DISTRICT COURT

10
FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| DAVID PATTERSON | ) | No. C 06-1429 RMW (PR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| BEN CURRY, Warden | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

12

13

14

15

16

17

18      The court has denied the instant petition for a writ of habeas corpus on the merits.

19  Therefore, judgment is entered in favor of respondent.  Petitioner shall take nothing by way of his

20  petition.  The clerk shall close the file.

21      IT IS SO ORDERED.

22  DATED: __ 7/1/08 _____                    _Ronald M. Whyte_

23                                              RONALD M. WHYTE
                                                United States District Judge

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\hc.06\Patterson429jud

1